

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2015

No. 04-15-00288-CV

Eduardo **BENAVIDES**,
Appellant

v.

Julia **BENNETT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16084
Honorable Larry Noll, Judge Presiding

## ORDER

    The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to December 16, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:      Patricia Jay                         Rudy Raul Wattiez
           Bandoske, Augustine, Marvel, PLLC    Law Office of Rudy Wattiez
           3107 Broadway                   2118 N Main, Suite 102
           San Antonio, TX 78209          San Antonio, TX 78212

           Eduardo Benavides
           89008-132
           LSCI Butner-Low
           P.O. Box 999
           Butner, NC 27509